1

**JS-6**

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   AIDA FARG, et al.,                    CV 20-6723 PA (ASx)

11          Plaintiffs,                    JUDGMENT

12      v.

13   WILLIAM BARR, et al.,

14          Defendants.

15

16          Pursuant to this Court's November 23, 2020, Minute Order granting the Motion to

17   Dismiss filed by William Barr, Attorney General of the United States, Chad Wolf, Acting

18   Secretary of the Department of Homeland Security, Kenneth Cuccinelli, Senior Official

19   Performing the Duties of the Director of U.S. Citizenship and Immigration Services

20   ("USCIS"), and David Radel, Director of the USCIS Los Angeles Asylum Office

21   (collectively "Defendants"),

22          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action

23   commenced by plaintiffs Aida Farg, George Fam, and Mark Ibrahim (collectively

24   "Plaintiffs") is dismissed without prejudice.

25          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs take

26   nothing and that Defendants have their costs of suit.

27   DATED: November 23, 2020

_____

28                              Percy Anderson
                       UNITED STATES DISTRICT JUDGE